UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY DEL VALLE *and* SCHENELLE SAM,
*individually and on behalf of others similarly situated*,

       Plaintiffs,

– against –

TAPESTRY, INC.,

       Defendant.

**ORDER**

25-cv-01715 (ER)

Ramos, D.J.:

  The Court was informed on October 7, 2025 that court-ordered mediation was not held in this case because the parties represented that they had reached settlement on all issues. The Court directs the parties to submit their settlement agreement for Court review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by October 22, 2025.

Dated: October 8, 2025
    New York, New York

                 EDGARDO RAMOS, U.S.D.J.