UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY DEL VALLE and SCHENELLE SAM,
individually and on behalf of others similarly situated,

                                      Plaintiffs,

                - against -

TAPESTRY, INC.,

                                      Defendant.

Case No. 1:25-cv-01715-ER

**[PROPOSED]**
**RULE 68 JUDGMENT**

      **WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Tapestry, Inc. ("Defendant"), having offered to allow Plaintiffs Harvey Del Valle and Schenelle Sam ("Plaintiffs") to take a judgment against it, in the sum of Five Hundred Dollars and No Cents ($500.00) ("Judgment Amount"), which would include all damages, including attorneys' fees and costs, related to Plaintiffs' FLSA claims asserted in the above-captioned action, and which shall constitute full and complete satisfaction of all FLSA claims asserted by Plaintiffs against Defendant and will result in automatic and immediate dismissal with prejudice of any and all of Plaintiffs' FLSA claims in this action against Defendant, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 8, 2025 and filed as Exhibit A to Docket Number 16;

      **WHEREAS,** on October 10, 2025, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

      It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of Plaintiffs Harvey Del Valle and Schenelle Sam, in the sum of $500.00, in accordance with the

terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 8, 2025 and filed as Exhibit A to Docket Number 16. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025         _____
      New York, New York                                          Edgardo Ramos, U.S.D.J.